No. 77–6437.  GREEN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.